1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



FILED

FEB - 2 2006

CLERK, U S DISTRICT COURT
STERN DISTRICT OF CALIFORNI
_____
     PUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:06 - CR - 0048 DFL

| UNITED STATES OF AMERICA, | ) | CR. NO. S- |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 471 - Manufacturing Counterfeit Federal Reserve Notes; 18 U.S.C. § 472 - Possessing and Concealing Counterfeit Federal Reserve Notes |
| v. | ) | |
| JASON DANIEL HOSKING, | ) | |
| Defendant. | ) | |

I N D I C T M E N T

COUNT ONE:  [18 U.S.C. § 471 - Manufacturing Counterfeit Federal
            Reserve Notes]

    The Grand Jury charges:  T H A T

             JASON DANIEL HOSKING,

defendant herein, beginning at a time unknown to the Grand Jury, but no later than in or about November of 2005, and continuing to January 23, 2006, in the County of San Joaquin, State and Eastern District of California, did, with intent to defraud, falsely make, forge, and counterfeit obligations of the United States, that is, Federal Reserve Notes, in violation of Title 18, United States Code, Section 471.

1 | COUNT TWO: [18 U.S.C. § 472 - Possessing and Concealing Counterfeit Federal Reserve Notes]

The Grand Jury further charges:  T H A T

JASON DANIEL HOSKING,

defendant herein, on or about January 23, 2006, in the County of San Joaquin, State and Eastern District of California, did, with intent to defraud, possess and conceal counterfeit obligations of the United States, this is Federal Reserve Notes, which he knew to be falsely made, forged, and counterfeited, in violation of Title 18, United States Code, Section 472.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

2

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

## THE UNITED STATES OF AMERICA
vs.

### JASON DANIEL HOSKING

---

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 471 - Manufacturing Counterfeit Federal Reserve Notes; 18 U.S.C. § 472 - Possessing and Concealing Counterfeit Federal Reserve Notes

---

A true bill,

/s/     2:06 - CR - 0048 DFL

_____
                                                    *Foreman.*

---

Filed in open court this _____ day

of _____, A.D. 20 _____

_____
                                                    *Clerk.*

NO BAIL Bench Warrant

Bail, $ _____

---

GPO 863 525

```
                    PENALTY SLIP
                    (INDICTMENT)
```

**DEFENDANT**:   JASON DANIEL HOSKING

COUNT ONE:
VIOLATION:     18 U.S.C. § 471 - Manufacturing Counterfeit
               Federal Reserve Notes

PENALTY:       Not More Than 20 years imprisonment
               Not More Than $250,000 fine, or both;
               3-years supervised release.

COUNT TWO:
VIOLATION:     18 U.S.C. § 472 - Possessing and Concealing
               Counterfeit Federal Reserve Notes

PENALTY:       Not More Than 20 years imprisonment
               Not More Than $250,000 fine, or both;
               3-years supervised release.

ASSESSMENT:    Mandatory $100 special assessment **each count**.

2:06 - CR - 0048 DFL