```
 1  DANIEL BRODERICK, Bar #89424
    Acting Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant                    OK/HAV
 6  JASON DANIEL HOSKING

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. CR-S-06-048 DFL
                                  )
12             Plaintiff,         )
                                  )  STIPULATION AND [PROPOSED ORDER]
13        v.                      )
                                  )
14  JASON DANIEL HOSKING,         )  Date: March 23, 2006
                                  )  Time: 10:00 A.M.
15                                )
                                  )  Judge: Hon. David F. Levi
16             Defendant.         )
    _____ )
17
```

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, MATTHEW STEGMAN, Assistant United States
20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21 Defender, attorney for defendant, that the current Status Conference
22 date of February 23, 2006 be vacated and a new date of March 23, 2006
23 at 10:00 a.m. be set for status.
24      Defense counsel has not yet received discovery in this matter.
25 Upon receipt of discovery, counsel will need time to review the
26 discovery and perform investigation.
27      It is further stipulated and agreed between the parties that the
28 period beginning February 23, 2006 to March 23, 2006, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

February 17, 2006

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Acting Federal Defender


                                         /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JASON DANIEL HOSKING


                                    MCGREGOR W. SCOTT
                                    United States Attorney
```

Dated:  February 17, 2006

```
                                         /S/ MATTHEW STEGMAN
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

DATED: 2/17/2006

_____
DAVID F. LEVI
United States District Judge