DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

**OK/HAV**

Attorney for Defendant
JASON DANIEL HOSKING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-048 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JASON DANIEL HOSKING, ) | Date: April 6, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of March 23, 2006 be vacated and a new date of April 6, 2006 at 10:00 a.m. be set for status.

   Defense counsel has received an initial batch of discovery from the government. The defense has requested additional discovery and is awaiting its receipt.

   It is further stipulated and agreed between the parties that the period beginning March 23, 2006 to April 6, 2006, should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

March 21, 2006

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

                                        /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JASON DANIEL HOSKING

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  March 21, 2006
                                        /S/ MATTHEW STEGMAN
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: 3/26/2006

                                        DAVID F. LEVI
                                        United States District Judge