DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JASON DANIEL HOSKING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JASON DANIEL HOSKING,<br><br>        Defendant. | No. CR-S-06-048 DFL<br><br>REVISED STIPULATION AND ORDER<br><br>Date: April 20, 2006<br>Time: 10:00 A.M.<br><br>Judge: Hon. David F. Levi |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of April 6, 2006 be vacated and a new date of April 20, 2006 at 10:00 a.m. be set for status.

The defense is still awaiting additional discovery from the government, including photographs and information regarding the basis for the search of the defendant's residence.

It is further stipulated and agreed between the parties that the period beginning April 6, 2006 to April 20, 2006, should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated:  April 5, 2006

                                      Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

                                      /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JASON DANIEL HOSKING

MCGREGOR W. SCOTT
United States Attorney

Dated:  April 5, 2006
                                      /S/ MATTHEW STEGMAN
MATTHEW STEGMAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:__4/6/2006_____

                                      /s/ David F. Levi
HONORABLE DAVID F. LEVI
Chief District Court Judge