```
 1  DANIEL BRODERICK, Bar #89424
    Acting Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700                    OK/HAV

 5
    Attorney for Defendant
 6  JASON DANIEL HOSKING

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. CR-S-06-048 DFL
                                  )
12                  Plaintiff,    )
                                  )  STIPULATION AND ORDER
13       v.                       )
                                  )
14  JASON DANIEL HOSKING,         )  Date: June 8, 2006
                                  )  Time: 10:00 A.M.
15                                )
                                  )  Judge: Hon. David F. Levi
16                  Defendant.    )
    _____ )
17
```

18    IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, MATTHEW STEGMAN, Assistant United States
20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21 Defender, attorney for defendant, that the current Status Conference
22 date of April 20, 2006 be vacated.

23    The defendant intends to file a motion to suppress the evidence
24 seized in the January 23, 2006 search of his residence.  The parties
25 have agreed upon the following briefing schedule:
26    Defense motion:          May 11, 2006
27    Government opposition:   May 25, 2006
28    Defense reply (if any):  June 1, 2006

1     Hearing:              June 8, 2006 at 10:00 a.m.

2 If an evidentiary hearing is deemed necessary, the date for such a

3 hearing can be set on June 8.

4     It is further stipulated and agreed between the parties that the

5 period beginning April 20, 2006 to June 8, 2006, should be excluded in

6 computing the time within which the trial of the above criminal

7 prosecution must commence for purposes of the Speedy Trial Act pursuant

8 to 18 U.S.C. § §3161(h)(1)(F) and Local Code T4.

10 Dated: April 18, 2006

11                           Respectfully submitted,

12                           DANIEL BRODERICK
                            Acting Federal Defender

14                           /S/NED SMOCK
                          NED SMOCK
15                           Assistant Federal Defender
                          Attorney for Defendant
16                           JASON DANIEL HOSKING

17

                          MCGREGOR W. SCOTT
18                           United States Attorney

19 Dated: April 18, 2006
                          /S/ MATTHEW STEGMAN
20                           MATTHEW STEGMAN
                          Assistant U.S. Attorney

22                           **ORDER**

23    **IT IS SO ORDERED.**

24 DATED: 4/21/2006

25                           /s/ David F. Levi
                          HONORABLE DAVID F. LEVI
26                           Chief District Court Judge